# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

**MICHAEL SAMUEL** ADMITTED IN NY


September 30, 2026

*Via ECF; Total Pages: 1*
Hon. Ann M. Donnelly, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4G
Brooklyn, New York 11201

***RE:*** ***Rueda et al v. Royal Skewers Inc. et al***
**Docket No. 1:26-cv-02615-AMD-PCG**

Dear Judge Donnelly:

This office represents Plaintiffs in the above-referenced wage-and-hour matter.

Pursuant to the Court's Scheduling Order dated August 25, 2026, and Rescheduling Order dated September 30, 2026, the in-person pre-motion conference is scheduled for October 1, 2026, at 1:00 p.m. Pursuant to Section 2(E) of Your Honor's Individual Practices and Rules, the undersigned respectfully requests this conference be converted to Zoom at the currently scheduled date and time or, in the alternative, be adjourned to a later date.

Due to unforeseen circumstances, the undersigned will be unavailable to appear in person on October 1, 2026, but is available to appear by Zoom.

The undersigned contacted defense counsel, Eduard Kushmakov, Esq., early this morning to seek his position on this request. As of this letter, counsel has not responded.

In the event the Court grants the adjournment, the undersigned proposes the following convenient dates for the rescheduled conference: October 12, 2026, or October 13, 2026.

This is Plaintiffs' first request to adjourn this conference. The requested adjournment will not affect any other court appearance or deadline.

The undersigned respectfully apologizes to the Court for any inconvenience this may have caused and appreciates the Court's attention and courtesies as to this matter.

Respectfully submitted,

*By: /s/ Michael Samuel*
Michael Samuel, Esq.
The Samuel Law Firm
*Attorneys for Plaintiffs*

*Cc:* Eduard Kushmakov, Esq. (via ECF)